Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America )
v. )
Donel A. Green ) Case No. 1:19-cr-211-02
)
)
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Donel A. Green ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Possession with Intent to Distribute Oxycodone
Aiding and Abetting

Date: 11/06/2019

/s/ Renee Hellwig
*Issuing officer's signature*

City and state: Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/6/19 , and the person was arrested on *(date)* 12/10/19 at *(city and state)* Detroit MI . |
| Date: 12/10/19 |
| *Arresting officer's signature* |
| Matthew Thyn- DUSM |
| *Printed name and title* |