# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:19-cr-211 |
| Donel A. Green, ) | |
| ) | |
| Defendant. ) | |

Defendant appeared before this court via video on March 2, 2020, and was arraigned. For the reasons articulated on the record, this court shall continue defendant's pretrial release subject to appearance bond previously executed by defendant and the conditions of release previously imposed by the district court in the Eastern District of Michigan. (Doc. Nos. 23-3 and 23-4).

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court